Latwahn McELROY, Plaintiff—
Appellant,

v.

Deputy Michael VISCOMI; et al.,
Defendants—Appellees.

No. 05–56143.

United States Court of Appeals,
Ninth Circuit.

Submitted Nov. 6, 2006.*

Filed Nov. 13, 2006.

Latwahn McElroy, Delano, CA, pro se.

Millicent L. Rolon, County Counsel, Los Angeles, CA, for Defendants–Appellees.

Before: LEAVY, GOULD, and CLIFTON, Circuit Judges.

MEMORANDUM **

California state prisoner Latwahn McElroy appeals pro se from the district court's summary judgment in favor of Los Angeles County officials in his 42 U.S.C. § 1983 action alleging two deputy sheriffs acted with excessive force in extracting him from his cell. We have jurisdiction pursuant to

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

28 U.S.C. § 1291. We review de novo, *Beene v. Terhune,* 380 F.3d 1149, 1150 (9th Cir.2004), and we affirm.

The district court properly granted summary judgment because McElroy failed to raise a genuine issue of material fact regarding whether force was applied in a good faith effort to maintain or restore discipline or used maliciously to cause him harm. *See Clement v. Gomez,* 298 F.3d 898, 903 (9th Cir.2002) citing *Whitley v. Albers,* 475 U.S. 312, 320–21, 106 S.Ct. 1078, 89 L.Ed.2d 251 (1986); *see also Sprewell v. Golden State Warriors,* 266 F.3d 979, 988 (9th Cir.2001) (this court need not "accept as true allegations that are merely conclusory, unwarranted deductions of fact, or unreasonable inferences.").

**AFFIRMED.**